**Dismissed and Memorandum Opinion filed May 8, 2012.**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-12-00270-CV

——————————

## IN THE INTEREST OF L.S.S. A/K/A L.H., N.A.H. AND N.L.H. A/K/A N.L.H., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00603J**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted accelerated appeal from a judgment signed February 24, 2012. The notice of appeal was due March 15, 2012. *See* Tex. R. App. P. 26.1(b). Appellant, however, filed his notice of appeal on March 20, 2012.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18; *Miller v. Greenpark*

*Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App. -- Houston [14th Dist.] 1998, no pet.).

On April 2, 2012, and again on April 20, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.